AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
**06/01/2022**
Clerk, U.S. District Court
Western District of Texas

By: ___*FMorales*___

Deputy

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: EP:22-M -01337(1) - MAT |
| | § | |
| (1) JOSE LUIS GUTIERREZ-RAMOS | § | |

       I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 31, 2022** in **Hudspeth** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, attempt to enter, entered, and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States and permission to reapply for admission was not granted by the Secretary of Homeland Security; and the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC 203(3), 202(4) and 557.

in violation of Title     **8**     United States Code, Section(s)     **1326**

       I further state that I am a **Border Patrol Agent** and that this complaint is based on the following

facts: *"The DEFENDANT, GUTIERREZ-RAMOS, JOSE LUIS, an alien to the United States and a citizen of Peru,*

*was found in the United States on May 31, 2022. The DEFENDANT was*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me,

    /s/ GARCIA, DANIEL
Signature of Complainant
Border Patrol Agent

June 01, 2022
Date

at   EL PASO, Texas
City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN**
**AT 2:00 P.M.**
**FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:22-M -01337(1)

WESTERN DISTRICT OF TEXAS

(1) JOSE LUIS GUTIERREZ-RAMOS

FACTS   (CONTINUED)

encountered at the United States Border Patrol checkpoint on Interstate 10 East mile marker 102.5, near Sierra Blanca, Texas, in the Western District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Peru, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Peru on September 26, 2014, through Atlanta, Georgia.  The DEFENDANT has not received permission from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
The DEFENDANT has been removed 1 time(s), the last one being to PERU on September 26, 2014, through ATLANTA, GA

CRIMINAL HISTORY:
NONE